UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN PAYNE,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:17-cv-1354 TLN AC<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee in full. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Calaveras County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a court may, on the court's own motion, transfer a case to the proper division of the court when the court finds that the case has been filed in the wrong division, or for "other good cause." An action "arises" in the bounds of a particular division when the events at issue and the vast majority of parties involved are located in there. Friends of Roeding Park v. City of Fresno, No. 2:11-CV-02083-MCE, 2011 WL 6294037, at *2 (E.D. Cal. Dec. 15, 2011). Here, the events at issue in the complaint took place within the bounds of the Fresno Division, and the court finds that the interests of judicial economy are served by transfer

1

1 | to that Division. Therefore, this action will be transferred to the Fresno Division of the court.

2 |     Good cause appearing, IT IS HEREBY ORDERED that:

3 |     1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

5 |     2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE